Case 2:19-cv-00019   Document 83   Filed on 06/03/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ZUNIGA, Individually and on behalf of of all others similarly situated | § § § § | |
| *Plaintiff,* | § | Civil Action No. 2:19-cv-00019 |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| GRACIA MEXICAN KITCHEN, LLC, MATTHEW L. HOEG, DAVID MARTINEZ and ADRIAN HEMBREE | § § § § | |
| *Defendants.* | § | COLLECTIVE ACTION |

### ORDER APPROVING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE AN AWARD OF ATTORNEYS' FEES AND LITIGATION COSTS

Pending before this Court is Plaintiffs' Unopposed Motion to Approve an Award of Attorneys' Fees and Litigation Costs and Brief in Support ("Motion"). Having considered Plaintiffs' Motion, and having found that the requested hourly rates were appropriate considering the skill and experience of the attorneys involved for services performed in the Southern District of Texas, and having found that the hours expended on this case were reasonable and necessary and showed an exercise of billing judgment, and having found that the requested expenses of $2,636.23 were necessary and reasonably incurred, and recognizing that Defendants did not oppose the Motion, the Court determines that Plaintiffs' Motion should be GRANTED in all respects. Therefore, the Court ORDERS that Plaintiffs' Counsel recover the requested $5,000.00 in attorneys' fees and costs

Signed on this _3rd day of June, 2020.

_____
HON. DAVID S. MORALES
UNITED STATES DISTRICT JUDGE